Michael W. Flanigan
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste. 206
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: mflanigan@farnorthlaw.com
ATTORNEY FOR THE PLAINTIFFS

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROBERT TUFI,<br><br>     Plaintiff,<br><br>vs.<br><br>ALTA STRIPING EQUIPMENT,<br>INC.<br><br>     Defendant | Case No. 3:19 -cv-_____ [   ]<br><br>**COMPLAINT FOR PERSONAL<br>INJURY**<br><br>**JURY REQUESTED** |

  COME NOW plaintiff, ROBERT TUFI, by and through counsel of record, Flanigan & Bataille, and for his Complaint against defendant, ALTA STRIPING EQUIPMENT, INC. and hereby states and alleges as follows:

## JURISDICTIONAL ALLEGATIONS

  1. Plaintiffs, Robert Tufi, is a resident of the State of Alaska and is qualified to bring this lawsuit before this Court.

Complaint & Jury Demand
*Tufi v. Alta Striping Equipment, Inc.* Case No. 3:19-cv-_____[   ] PAGE 1 OF 8

2. Defendant ALTA STRIPING EQUIPMENT, INC, upon information and belief, is a Oregon Corporation, with its headquarters and principal place of business in Tualatin, Oregon.

3. Defendant ALTA STRIPING EQUIPMENT, INC is in the business of designing, manufacturing, assembling, testing, selling and distributing hot plastic highway striping machines along, with related accessories and component parts for the striping machines, throughout the United States, including Alaska and Washington.

4. ALTA STRIPING EQUIPMENT, INC has placed their Striping machines into the stream of commerce with the intent and purpose of selling the striping machines in every state in the United States, including Alaska and Washington State. On information and belief, ALTA STRIPING EQUIPMENT, INC achieved their goals of selling the striping machines in Alaska and Washington State.

5. This Court has personal jurisdiction over all defendants pursuant to the Alaska Long Arm Statute AS 09.05.015 and FRCP 4(k).

6. This Court has subject jurisdiction pursuant to 28 USC 1332.

## ALLEGATIONS COMMON TO ALL CLAIMS

7. On September 26, 2017, Plaintiff, Robert Tufi, an Alaskan resident, was employed by Specialized Pavement Markings to stripe pavement in Vancouver, Washington. His employer was using an ALTA STRIPING EQUIPMENT, INC. hot plastic striping machine for this purpose.

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Complaint & Jury Demand
*Tufi v. Alta Striping Equipment, Inc.* Case No. 3:19-cv-_____ [  ]  PAGE 2 OF 8

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

8.     Plaintiff, Robert Tufi, while operating the ALTA STRIPING EQUIPMENT, INC. hot plastic striping machine, in a foreseeable manner, was struck by hot plastic which belched from the striping machine, causing burn injuries and scaring to Plaintiff's body from contact with the hot plastic in multiple places.

9.     As a direct result of his injury, Robert Tufi incurred medical expenses, rehabilitative expenses, lost earnings, pain and suffering, and was left with disfiguring scars.

### FIRST CAUSE OF ACTION
### (NEGLIGENCE AGAINST ALTA STRIPING EQUIPMENT, INC)

10.     Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully stated herein.

11.     ALTA STRIPING EQUIPMENT, INC manufactured and distributed a hot plastic striping machine for use in striping highways and roads.

12.     The ALTA STRIPING EQUIPMENT, INC, striping machine at the time of Plaintiff's injury provided for the loading of plastic pellets into a heated container, which liquefied the pellets, which liquid was then pumped into spray jets, which when activated sprayed the hot plastic onto the roadway.

13.     Despite the inherent risk that the hot plastic could escape from the heated container due to pressure, unless container was sealed once the plastic pellets were loaded into the container, ALTA STRIPING EQUIPMENT, INC. negligently did not design or

Complaint & Jury Demand
*Tufi v. Alta Striping Equipment, Inc.* Case No. 3:19-cv-_____ [   ]  PAGE 3 OF 8

manufacture the heated container with a positive locking device that would prevent the hot plastic from escaping from the heated container.

14.    ALTA STRIPING EQUIPMENT, INC had a duty to exercise reasonable care in its design, engineering, testing, manufacture, representations, instructions, warnings, sale, assembly of its products,

15.    ALTA STRIPING EQUIPMENT, INC breached its duty to exercise reasonable care and was negligent in the design, engineering, testing, manufacture, representations, instructions, warnings, sale, assembly of its products.

16.    As a proximate and legal result of the negligence of ALTA STRIPING EQUIPMENT, INC, hot plastic belched out of the heated container on a ALTA STRIPING EQUIPMENT, INC, hot plastic striping machine and struck the Plaintiff, causing personal injury, in the way of burns and scaring.

17.    ALTA STRIPING EQUIPMENT, INC.'s negligence was a legal and proximate cause of the plaintiffs' injuries, damages and harms and losses, including but not limited to Plaintiff's past and future medical expenses, past and future lost earnings ;past and future pain and suffering, past and future emotional distress, past and future loss of enjoyment of life, past and future permanent disfigurement.

18.    Plaintiff's damages, the exact amount to be proven at trial, will in any case exceed the jurisdictional requirements of this Court.

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Complaint & Jury Demand
*Tufi v. Alta Striping Equipment, Inc.* Case No. 3:19-cv-_____[  ]  PAGE 4 OF 8

19.     Plaintiffs reallege and incorporate by reference the foregoing paragraphs, as if fully stated herein.

20.     The ALTA STRIPING EQUIPMENT, INC.'s hot plastic striping machine was defective in that it lacked a positive device to prevent the hot plastic from being ejected from the hot container, that melted the plastic pellets fed into it onto workers foreseeably in close proximity of the machine.

21.     Other manufacturer's of hot plastic striping machines had a positive system to prevent the hot plastic from being ejected from the hot container, that melted the plastic pellets fed into it onto workers foreseeably in close proximity of the machine.

22.     A positive system for preventing hot plastic from being ejected from the hot container onto workers foreseeably in close proximity of the machine was feasible and would have cost little to incorporate into the design of the striping machine.

23.     Following the Plaintiff's injury, changes were made to the hot plastic striping machine so as to prevent ejection of hot plastic unto workers in close proximity to the machine, which demonstrated the feasibility of changes necessary to protect workers from the ejection of hot plastic from the machine.

24.     ALTA STRIPING EQUIPMENT, INC is strictly liable for the accident complained of herein and the damages proximately suffered by the Plaintiff, because the ALTA STRIPING EQUIPMENT, INC hot plastic striping machine was not reasonably

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

safe for its foreseeable use as would be contemplated by the ordinary consumer or worker operating the machine.

25.     ALTA STRIPING EQUIPMENT, INC is strictly liable for the accident complained of herein, and the damages proximately suffered by the Plaintiff, because the ALTA STRIPING EQUIPMENT, INC hot plastic striping machine involved in the Plaintiff's accident, when they left the manufacturer's control, deviated in a material way from the design specifications and performance standards of the manufacturer or from identical units of the same product line.

26.     ALTA STRIPING EQUIPMENT, INC is strictly liable for the accident complained of herein, and the damages proximately suffered by the Plaintiffs, because the ALTA STRIPING EQUIPMENT, INC.'s  hot plastic striping machine had a design defect that caused it to be unreasonably hazardous for its foreseeable use, due to the striping machine's propensity to eject hot plastic onto workers foreseeably operating the machine in close proximity.

27.     ALTA STRIPING EQUIPMENT, INC is strictly liable for the accident complained of herein, and the damages proximately suffered by the Plaintiff because the ALTA STRIPING EQUIPMENT, INC hot plastic striping machine did not conform with express and implied warranties of fitness for their intended purpose.

28.     ALTA STRIPING EQUIPMENT, INC is strictly liable for the accident complained of herein, and the damages proximately suffered by the Plaintiffs, because the

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska  99501
Phone 907-279-9999
Fax 907-258-3804

Complaint & Jury Demand
*Tufi v. Alta Striping Equipment, Inc.* Case No. 3:19-cv-_____[   ]  PAGE 6 OF 8

ALTA STRIPING EQUIPMENT, INC.'s hot plastic striping machine was not accompanied by adequate instructions or warnings of the latent hazard of the machine ejecting hot plastic unto workers in close proximity of the machine.

### THIRD CAUSE OF ACTION
**(PUNITIVE DAMAGES AGAINST ALTA STRIPING EQUIPMENT, INC.)**

29.    Plaintiff realleges and incorporates by reference the foregoing paragraphs, as if fully stated herein.

30.    To the extent that the applicable law and facts developed in this case would support an award of punitive damages, plaintiff requests that such damages be awarded in an amount sufficient to punish and deter similar conduct by defendant, ALTA STRIPING EQUIPMENT, INC or others similarly situated.

DATED THIS 11th DAY OF JANUARY, 2019.

FLANIGAN & BATAILLE
ATTORNEYS FOR PLAINTIFF

/s/  Michael W. Flanigan
Washington Bar No. #34939
1007 W. 3rd Ave., Ste 206
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: mflanigan@farnorthlaw.com

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska  99501
Phone 907-279-9999
Fax 907-258-3804

Complaint & Jury Demand
*Tufi v. Alta Striping Equipment, Inc.* Case No. 3:19-cv-_____[   ]  PAGE 7 OF 8

## JURY DEMAND

Comes Now Plaintiff, by and through counsel, and pursuant to FRCP 38 hereby requests a jury to decide all triable issues in this case.

DATED THIS 11th DAY OF JANUARY, 2019.

FLANIGAN & BATAILLE
ATTORNEYS FOR PLAINTIFFS

/s/ Michael W. Flanigan
Alaska Bar No. 7710114
1007 W. 3rd Ave., Ste 206
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: mflanigan@farnorthlaw.com

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

Complaint & Jury Demand
*Tufi v. Alta Striping Equipment, Inc.* Case No. 3:19-cv-_____[   ]  PAGE 8 OF 8