IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ROBERT TUFI,

                Plaintiff,

    vs.

ALTA STRIPING EQUIPMENT,
INC.,

              Defendant.

Case No. 3:19-cv-00008-JWS

**ORDER**

        At docket 43, plaintiff moves to compel certain expert depositions remotely. At docket 46, defendant opposes the motion, asking that all expert depositions be conducted in person (with leave to plaintiff's counsel to participate remotely if he so chooses). Given the relaxation of COVID-19 restrictions and the availability of effective vaccinations, the Court agrees with defendant. The motion at docket 43 is DENIED. All expert depositions shall be live depositions. The depositions may not commence prior to May 3, 2021.

        IT IS SO ORDERED this 5th day of April, 2021, at Anchorage, Alaska.

                */s/ John W. Sedwick*
                JOHN W. SEDWICK
           Senior United States District Judge